**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LLOYD HENDERSON** | § | |
| **LORETTA HENDERSON** | § | |
| ***Plaintiffs,*** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. __________** |
| | § | |
| **ANDERSON, ET AL.** | § | **JURY DEMAND** |
| ***Defendants.*** | § | |

## LIST OF COUNSEL

1. Counsel for Plaintiffs, Lloyd Henderson and Loretta Henderson:

Lloyd E. Kelley
State Bar No. 11203180
2726 Bissonnet, Suite 240
PMB #12
Houston,, Texas 77005
(281) 492-7766
kelley@lloydekelley.com

2. Counsel for Defendants Tommy Thomas, Danny Billingsley, Juan Jorge, Deputy D.R. Warren and Deputy C.A. Sandoval, in their individual capacities:

Fred A. Keys
State Bar No. 11373900
Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
(713) 755-3609
fred.keys@hctx.net

3. Counsel for Harris County, Texas:

Edward J. Mahar
State Bar No. 12832500
Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
(713) 755-7184
ed.mahar@cao.hctx.net

Respectfully submitted,

VINCE RYAN
Harris County Attorney

***/S/ Fred Keys, Jr.______________***
FRED A. KEYS, JR.
Assistant County Attorney
Texas State Bar No.: 11373900
1019 Congress, 15th Floor
Houston, Texas 77002
(713) 755-3609 (telephone)
(713) 755-8924 (facsimile)
fred.keys@hctx.net

ATTORNEYS FOR DEFENDANTS
TOMMY THOMAS,
DANNY BILLINGSLEY,
JUAN JORGE,
DEPUTY D.R. WARREN
AND DEPUTY C.A. SANDOVAL

***/S/ Edward J. Mahar___________***
EDWARD J. MAHAR
Assistant County Attorney
Texas State Bar No.: 12832500
1019 Congress, 15th Floor
Houston, Texas 77002
(713) 755-7184 (telephone)
(713) 755-8924 (facsimile)
ed.mahar@cao.hctx.net

ATTORNEYS FOR DEFENDANT
HARRIS COUNTY, TEXAS

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2009, a true and correct copy of the List of Counsel was served electronically and by certified mail to all parties of record.

***/S/Fred Keys, Jr.***______________
FRED A. KEYS, JR.
Assistant County Attorney