IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| LLOYD HENDERSON and | § | |
| LORETTA HENDERSON | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-09-0548 |
| | § | |
| ANDERSON, et al. | § | |

**FINAL JUDGMENT**

On this day the Court granted Defendant Harris County's Motion for Summary Judgment and dismissed all of the remaining claims of Plaintiffs. As a result, Plaintiffs' action has now been dismissed in its entirety.

It is, therefore, **ORDERED** that the Plaintiffs, Lloyd Henderson and Loretta Henderson, **RECOVER nothing**, that this action is **DISMISSED with prejudice** and that the Defendants, Harris County, Harris County Sheriff's Department, former Harris County Sheriff Tommy Thomas, former Chief Deputy Dan Billingsley, former Major Deputy Juan Jorge, Sergeant Sandoval, and Deputies Anderson and Warren **RECOVER their costs** from the Plaintiffs.

**THIS IS A FINAL JUDGMENT**.

Signed at Houston, Texas on this 23 day of March, 2011.

DAVID HITTNER
United States District Judge